United States District Court
Southern District of Texas
**ENTERED**
June 29, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| SHARON WICK | § | |
| and | § | |
| SHANDALA TROBL | § | |
| and | § | |
| MICHAEL WICK, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 6:19-CV-00030 |
| | § | |
| ADVANCED DRAINAGE SYSTEMS INC, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL ON STIPULATION

Parties in the above styled and numbered cause of action have filed a Stipulation of Dismissal with prejudice, pursuant to Rule 41(a)(1)(A)(iii) of the Federal Rules of Civil Procedure (Dkt. No. 24).

Accordingly, it is Ordered that this case is dismissed with prejudice, with each party to bear its own costs.

It is so ORDERED.

SIGNED on this 29th day of June, 2020.

_____
Kenneth M. Hoyt
United States District Judge